# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY M. RONEY,<br>    Plaintiff, | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 1:20-00465-N<br>) |
| KILOLO KIJAKAZI, *Acting*<br>*Commissioner of Social Security*,<br>    Defendant. | )<br>)<br>) |

## JUDGMENT

It is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Commissioner of Social Security and against Plaintiff Anthony M. Roney, in accordance with the Memorandum Opinion and Order entered on this date affirming the Commissioner's final decision denying Roney's application for Social Security benefits.

**DONE** this the 30th day of March 2022.

> */s/ Katherine P. Nelson*
> **KATHERINE P. NELSON**
> **UNITED STATES MAGISTRATE JUDGE**